IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
NOV 15 2018
Clerk, U.S District Court
District Of Montana
Missoula

| UNITED STATES OF AMERICA, | CR 18-33-M-DLC |
|---|---|
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| vs. | |
| DUSTIN MARK HENRY, | |
| Defendant. | |

THIS matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. Defendant Dustin Mark Henry appeared before the Court on September 12, 2018, and entered a plea of guilty to count one of the Indictment and admitted the forfeiture allegation. Henry's pleas provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 924(d) and Rule 32.2.

IT IS ORDERED:

THAT Defendant Henry's interest in the following property is forfeited to the United States in accordance with U.S.C. § 924(d), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c):

- Smith and Wesson, Model M&P 40 Shield, .40 S&W caliber pistol, S/N HXL8495.

THAT the Bureau of Alcohol, Tobacco, Firearms and Explosives, or its designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 15th day of November, 2018.

Dana L. Christensen, Chief Judge
United States District Court